```
 1  WILLIAM H. BROWN, ESQ. (7623)
    BROWN MISHLER, PLLC
 2  330 E. Charleston Blvd., Suite 100
 3  Las Vegas, Nevada 89104
    Tel: (702) 816-2200
 4  Fax: (702) 816-2300
 5  Email: WBrown@LambroseBrown.com
    *Attorney for Defendant*
 6  *Gustavo Arechiga*
 7
                 UNITED STATES DISTRICT COURT
 8                    DISTRICT OF NEVADA
 9
10   UNITED STATES OF AMERCIA,          2:19-cr-00129-JCM-DJA
11               Plaintiff,             **UNOPPOSED MOTION FOR
                                         ORDER DIRECTING
12   vs.                                 DEPARTMENT OF PROBATION
13   GUSTAVO ARECHIGA, RAFAEL            TO PREPARE A PLEA-PLEA
     MARTINEZ,                           PSR
14                                       (CRIMINAL HISTORY ONLY)**
15               Defendants.
16
```

17   Certification: This motion is timely filed.

18
19   Comes now the defendant, Gustavo Arechiga, by and through his

20   counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby

21
22   moves this court for an order requesting the department of probation to

23   prepare a pre-plea PSR (criminal history only). This request is based on the

24   Points and Authorities attached hereto.

25
          Dated: October 16, 2019         By /s/ *William H. Brown*
26                                           WILLIAM H. BROWN
27                                           Attorney for Gustavo Arechiga
28

                                    1

# MEMORANDUM OF
# POINTS AND AUTHORITIES

Counsel has discussed the case with his client, Gustavo Arechiga, and the different ways in which his criminal history may impact the sentence, if any, he may ultimately receive.  Given the potential for Armed Career Criminal designation, counsel respectfully requests an order from this Court requesting the United States Probation Office (USPO) to prepare a "pre-plea[1] PSR," detailing Arechiga's prior convictions. Counsel does not seek preparation of a complete PSR, but rather what typically appears as "Part B" (Defendant's Criminal History).

Counsel has communicated with USPO Officer Wendy Beckner, met with Beckner in person to review the criminal history information currently in the USPO's possession, and discussed with Beckner the circumstances involved in this case necessitating the USPO's pre-plea involvement. The government does not oppose preparation of a pre-plea PSR.

Dated: October 16, 2019       By /s/ *William H. Brown*
                              WILLIAM H. BROWN
                              *Attorney for Gustavo Arechiga*

**IT IS SO ORDERED.**

Dated: October 22, 2019       _____
                              Daniel J. Albregts
                              United States Magistrate Judge

---

[1] This the customary nomenclature, and does not reflect Mr. Arechiga's current intent to enter a plea in this case.

2

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers.

That on October 16, 2019, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR ORDER DIRECTING DEPARTMENT OF PROBATION TO PREPARE A PLEA-PLEA PSR (CRIMINAL HISTORY ONLY)** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ William Brown*
Employee of BROWN MISHLER, PLLC