WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Gustavo Arechiga*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> vs. <br><br> GUSTAVO ARECHIGA, RAFAEL MARTINEZ, <br><br> Defendants. | 2:19-cr-00129-JCM-DJA <br><br> **STIPULATION TO CONTINUE SENTENCING** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, counsel for defendant Gustavo Arechiga, that the sentencing hearing currently scheduled for July 30, 2021, at 10:30 a.m. be vacated and continued at least 90 days to November 1, 2021, or alternatively to a subsequent date and time that is convenient for this Honorable Court.

The Stipulation is entered into for the following reasons:

1. This is the first requested continuance.

1

2. The parties agree to the continuance.

3. This continuance allows defense counsel additional time to prepare for the hearing.

4. Defendant is in custody and does not object to the need to continue sentencing.

5. The government agrees to the requested continuance.

6. Denial of this request could result in a miscarriage of justice.

7. This continuance is not sought for purposes of delay, but for the reasons stated.

DATED June 7, 2021

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | BROWN MISHLER, PLLC |
| /s/ *Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney | /s/ *William H. Brown*<br>By_____<br>WILLIAM H. BROWN<br>Counsel for Gustavo Arechiga |

BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Gustavo Arechiga*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br> vs. <br><br> GUSTAVO ARECHIGA, RAFAEL MARTINEZ, <br><br> Defendants. | 2:19-cr-00129-JCM-DJA <br><br> **ORDER CONTINUING SENTENCING HEARING** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of July 30, 2021, at 10:30 a.m., and continues the date sixty (90) days, such that the new sentencing date shall be __November 5, 2021 at 10:00 am__.

Dated: June 9, 2021.

_____
UNITED STATES DISTRICT JUDGE

3