WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Gustavo Arechiga*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO ARECHIGA,<br><br>Defendants. | 2:19-cr-00129-JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, counsel for defendant Gustavo Arechiga, that the sentencing hearing currently scheduled for November 5, 2021, at 10:00 a.m. be vacated and continued at least 60 days to January 5, 2022, or alternatively to a subsequent date and time that is convenient for this Honorable Court.

The Stipulation is entered into for the following reasons:

1. This is the second requested continuance.

1

2.    The parties agree to the continuance.

3.    This continuance allows defense counsel additional time to prepare for the hearing.

4.    Defendant was recently transferred to a different holding facility and as a result was unable to review the PSR and to discuss it with counsel, and thus requires more time to do so.

5.    Defendant is in custody and does not object to the need to continue sentencing.

6.    The government agrees to the requested continuance.

7.    Denial of this request could result in a miscarriage of justice.

8.    This continuance is not sought for purposes of delay, but for the reasons stated.

DATED October 20, 2021

| CHRISTOPHER CHIOU | BROWN MISHLER, PLLC |
| Acting United States Attorney | |
| | |
| /s/ *Jim W. Fang* | /s/ *William H. Brown* |
| By_____ | By_____ |
| JIM W. FANG | WILLIAM H. BROWN |
| Assistant United States Attorney | Counsel for Gustavo Arechiga |

BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Gustavo Arechiga*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERCIA, | 2:19-cr-00129-JCM-DJA |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| vs. | |
| GUSTAVO ARECHIGA, | |
| Defendants. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of November 5, 2021, at 10:00 a.m., and continues the date sixty (60) days, such that the new sentencing date shall be January 7, 2022 at 11:00 a.m..

Dated: October 22, 2021

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

3