# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| United States of America, | Case No. 2:19-cr-00129-JCM-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Gustavo Arechiga, | |
| Defendant. | |

Before the Court is Defendant Gustavo Arechiga's letter asking for copies. (ECF No. 154). However, the Court is not responsible for providing copies of court filings to litigants. *See Howard v. Polley*, No. 2:15-cv-01458-APG-VCF, 2016 WL 3965194, at *1 (D. Nev. July 22, 2016) (citing 28 U.S.C. § 1915). The docket indicates that Arechiga was represented by Criminal Justice Act appointed counsel in this matter. Arechiga should reach out to his counsel to obtain the copies he is seeking. In the event he cannot obtain the copies from his counsel, he may file the appropriate motion.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Arechiga directly at the below address and a copy to his counsel William H. Brown, Esq.

**Gustavo Arechiga #55524-048**
USP Victorville
P.O. Box 3900
Adelanto, California 92301

DATED: July 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE